JUN 2 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

JOHN E. CASPER             *

    Plaintiff            *

v.                         *   CIVIL ACTION NO: L-00-1101

ALLSTATE INSURANCE COMPANY *
    Defendant
                               *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

Upon consideration of Plaintiff's Motion to extend time to file Answer to Motion for Summary Judgment and Counsel having agreed to the extension, it is this _1st_ day of ~~May~~ June, 2000 ORDERED that the Motion is granted and the Plaintiff is granted an extension to June 15, 2000.

                                              _____
                                              JUDGE

MICHAEL B. SAUER
ATTORNEY AT LAW
SUITE 802
401 WASHINGTON AVE
TOWSON, MD 21204