IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
SEP 2 2 2000
2000 SEP 26 P 1:07
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

| | | |
|---|---|---|
| JOHN E. CASPER, | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: L-00-1101 |
| ALLSTATE INSURANCE COMPANY | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to F.R.Civ. p. 41(a), the parties, by their undersigned counsel, hereby stipulate to the dismissal of this matter WITH PREJUDICE.

Respectfully submitted,

_____
GEORGE E. REEDE, JR.
Bar No. 08220
Niles, Barton & Wilmer
111 S. Calvert Street, Suite 1400
Baltimore, MD 21202
(410) 783-6300
Attorneys for Defendant
Allstate Insurance Company

_____
MICHAEL B. SAUER
401 Washington Avenue
Suite 802
Towson, Maryland 21204
(410) 296-2151
Attorney for Plaintiff
John Casper

25TH DAY OF September 2000

_____
BENSON EVERETT LEGG, U.S.D.J.